McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No: (415) 977-8961
Facsimile No: (415) 744-0134

Attorneys for Defendant/Respondent
Commissioner of Social Security

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAENG SEECHAN, ) | Case No. 1:07-1380 OWW-GSA |
| ) | |
| Plaintiff, ) | STIPULATION FOR EXTENSION OF TIME |
| v. ) | TO RESPOND TO PLAINTIFF'S |
| ) | COMPLAINT |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

　　　　The parties hereby stipulate by counsel, with the Court's approval, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's complaint.  The current due date is January 25, 2008.  The new due date will be March 10, 2008.  The extension is requested because, due to inadvertent administrative delay, the transcript has not yet been compiled in this case.

　　　　The parties further agree that the Court's Scheduling Order shall be modified accordingly.

//

//

//

```
Dated: January 25, 2008          Respectfully submitted,


                                 McGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Chief Counsel, Region IX
                                 Social Security Administration


                                 /s/ Jaime L. Preciado
                                 JAIME L. PRECIADO
                                 Special Assistant U.S. Attorney



Dated January 25, 2008           /s/ Robert D. Christenson
                                 (As agreed via fax)
                                 ROBERT D. CHRISTENSON
                                 Attorney at Law
                                 Attorney for Plaintiff
```

   IT IS SO ORDERED.

   **Dated:  January 25, 2008**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE