UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAENG SEECHAN, | ) | |
| | ) | 1:07-CV-1380 OWW GSA |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:07-CV-1380 GSA |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | **ORDER REASSIGNING CASE** |
| Defendant. | ) | |
| | ) | |
| | ) | |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Oliver W. Wanger, to the docket of United States Magistrate Judge Gary S. Austin, for all purposes including and trial and entry of Judgment.

IT IS SO ORDERED.

Dated:   **January 30, 2008**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

1