ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| SAENG SEECHAN, | |
| Plaintiff, | CASE NO: CIV-F 07-1380 OWW GSA |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from May 19, 2008 to June 18, 2008.

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   May 13, 2008

ROBERT D. CHRISTENSON
Attorney for Plaintiff

| | |
|---|---|
| Dated:   May 15, 2008 | **McGREGOR W. SCOTT**<br>United States Attorney |
| | /s/ Jaime L. Preciado (as agreed via fax) |
| | _____<br>**JAIME L. PRECIADO**<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   May 16, 2008**              /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE