# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAENG SEECHAN, | 1:07-cv-01380 DLB |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of one-thousand one hundred fifty dollars and seventy-six cents ($1,150.76), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated: **April 23, 2009**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE